UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

# Appearance of Counsel

Appeal No.: **No. 24-4086**

Case Title: **In re: East Palestine Train Derailment** vs. _____
        Morgan & Morgan

List all clients you represent in this appeal:

> Zoll & Kranz, LLC; Burg Simpson Eldredge Hersh & Jardine, P.C.; Grant & Eisenhoffer, P.A.; Simmons Hanly Conroy; Lieff Cabraser Heimann & Bernstein, LLP; on behalf of
>
> Harold R. Feezle, Susan E. Scheufele, David J. Scheufele, Rollerena Auto Sales, LLC., Rosemary Mozuch, Charles Mozuch, Jon Luke Affeltranger, On Behalf of Themselves and All Others Similarly Situated

☐ Appellant     ☐ Petitioner     ☐ Amicus Curiae     ☐ Criminal Justice Act
☑ Appellee      ☐ Respondent   ☐ Intervenor                           (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here:**

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Kyle R. Eiswald**     Signature: s/ **Kyle R. Eiswald**

Firm Name: **Clement & Murphy, PLLC**

Business Address: **706 Duke Street**

City/State/Zip: **Alexandria, VA 22314**

Telephone Number (Area Code): **(202) 742-8900**

Email Address: **kyle.eiswald@clementmurphy.com**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68   Counsel for Interested Parties-Appellees file this form in conformance with this Court's January 8, 2025
8/17      order. Cir.Dkt.11 at 1. Interested Parties-Appellees believe that Interested Party-Appellant in this case has
          not listed the proper Appellees, and this filing should not be construed to waive such an argument on appeal.