**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

IN RE: EAST PALESTINE TRAIN DERAILMENT

Morgan & Morgan

*Interested Party-Appellant*,

v.

Zoll & Kranz, LLC; Burg Simpson Eldredge Hersh & Jardine, P.C.; Grant & Eisenhoffer, P.A.; Simmons Hanly Conroy; Lieff Cabraser Heimann & Bernstein, LLP

*Interested Parties-Appellees*,

No. 24-4086

**INTERESTED PARTIES'-APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWERING BRIEF**

Pursuant to Federal Rule of Appellate Procedure 27 and Sixth Circuit Rule 26, Interested Parties-Appellees ("Appellees") respectfully request a 30-day extension of the deadline for their answering brief to and including May 2, 2025. In support of this motion, Appellees state as follows:

1. Appellees' answering brief is currently due on April 2, 2025.

2. There is good cause to grant the extension. Appellees' counsel faces several preexisting deadlines before April 2, 2025, including, among other things: a brief as Court-appointed *amicus curiae* in *United States v. Adams*, No. 24-cr-556 (S.D.N.Y.) (due March 7, 2025); a merits reply brief in *FCC v. Consumers' Research et al.*, No. 24-354 (U.S.) (due March 13, 2025); a motion for summary judgment in *Alaska v. Bureau of Land Management*, No. 24-cv-144 (D. Alaska) (due March 17, 2025); a response and reply brief in *National Shooting Sports Foundation v. Platkin*, No. 3:22-cv-6646 (D.N.J.) (due March 24, 2025); oral argument in *FCC v. Consumers' Research et al.*, No. 24-354 (U.S.) (on March 26, 2025); and a reply brief due in *Research Corp. Techs. Inc. v. Eli Lilly & Co.*, No. 24-4786 (9th Cir.) (due April 2, 2025).

3. Plaintiffs have not previously sought an extension of time in this case.

4. Appellants do not oppose this request for an extension.

For these reasons, Plaintiffs respectfully request that the Court grant a 30-day extension of time, until May 2, 2025, for Appellees to file their answering brief in this appeal.

Respectfully submitted,


s/Paul D. Clement
PAUL D. CLEMENT
*Counsel of Record*
MATTHEW D. ROWEN
KYLE R. EISWALD*
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900
paul.clement@clementmurphy.com

* Supervised by principals of the firm who are members of the Virginia bar

*Counsel for Interested Parties-Appellees*


March 7, 2025

## CERTIFICATE OF COMPLIANCE
## WITH TYPE-VOLUME LIMITATION

I hereby certify that:

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 243 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f) and 6th Cir. R. 32(b).

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font.

March 7, 2025

s/Paul D. Clement
Paul D. Clement

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Sixth Circuit by using the CM/ECF system. I certify that all participants in this case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

s/Paul D. Clement
Paul D. Clement