No. 24-4086

IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

IN RE: EAST PALESTINE TRAIN DERAILMENT

MORGAN & MORGAN,

*Interested Party-Appellant*

v.

ZOLL & KRANZ, LLC; BURG SIMPSON ELDREGE HERSH & JARDINE, P.C; GRANT & EISENHOFFER, P.A.; SIMMONS HANLY CONROY; LIEFF CABRASER HEIMANN & BERNSTEIN, LLP,

*Interested Parties-Appellees.*

On Appeal from the United States District Court
for the Northern District of Ohio
Docket No. 4:23-cv-242
The Honorable Benita Y. Pearson

**APPELLANT MORGAN & MORGAN'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

Aaron M. Herzig
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
aherzig@taftlaw.com

David C. Roper
Taft Stettinius & Hollister LLP
41 South High Street, Suite 1800
Columbus, OH 43215
Phone: (614) 221-2838
droper@taftlaw.com

*Attorneys for Interested Party-Appellant Morgan & Morgan*

Pursuant to Federal Rules of Appellate Procedure 26 and 27, Interested Party-Appellant Morgan & Morgan respectfully moves for a 14-day extension of time to file its reply brief. Morgan & Morgan's reply brief is currently due May 23, 2025; the proposed extension would move the deadline to June 6, 2025. Morgan & Morgan has conferred with counsel for the Interested Parties-Appellees, who do not oppose this motion.

Morgan & Morgan has not requested a prior extension, no oral argument date has been calendared, and Interested Parties-Appellees received an extension of time for their brief. Morgan & Morgan seeks this extension to allow adequate time to prepare its reply brief in light of its counsel's other litigation matters. A 14-day extension will not appreciably delay the resolution of the case, and counsel will exercise diligence in preparing the reply brief in the time requested.

## CONCLUSION

For these reasons, Morgan & Morgan requests that this Court extend the filing date for its reply brief by 14 days, up to and including June 6, 2025.

Respectfully submitted,

*/s/ Aaron M. Herzig*
Aaron M. Herzig
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
aherzig@taftlaw.com

David C. Roper
Taft Stettinius & Hollister LLP
41 S High Street, Suite 1800
Columbus, OH 43215-4213
Phone: (614) 221-4000
droper@taftlaw.com

*Counsel for Interested Party-Appellant Morgan & Morgan*

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limitation of Fed. R. App. P. Rule 32(a)(7)(B) because it contains 172 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(f).

This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Office Word and is typeset in Times New Roman in font size 14.

Dated: May 6, 2025

*/s/ Aaron M. Herzig*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 6, 2025, I electronically filed the foregoing motion with the Clerk of the Court using the appellate CM/ECF system, which served copies of the motion on all ECF-registered counsel.

Dated: May 6, 2025

<em>/s/ Aaron M. Herzig</em>