## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: May 06, 2025

Mr. Paul D. Clement  
Mr. Kyle Raymond Eiswald  
Mr. Aaron M. Herzig  
Mr. David Champlin Roper  
Mr. Matthew D. Rowen

Re:  Case No. 24-4086, *In re: East Palestine Train Derailment*  
Originating Case No. : 4:23-cv-00242

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED.  The reply brief is now due **June 6, 2025**.

Sincerely yours,

s/Ryan Orme  
Case Manager  
Direct Dial No. 513-564-7079