No. 24-4086

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

---

IN RE: EAST PALESTINE TRAIN DERAILMENT

---

MORGAN & MORGAN,

*Interested Party-Appellant*

v.

ZOLL & KRANZ, LLC; BURG SIMPSON ELDREGE HERSH & JARDINE, P.C; GRANT & EISENHOFFER, P.A.; SIMMONS HANLY CONROY; LIEFF CABRASER HEIMANN & BERNSTEIN, LLP,

*Interested Parties-Appellees.*

---

On Appeal from the United States District Court
for the Northern District of Ohio
Docket No. 4:23-cv-242
The Honorable Benita Y. Pearson

---

**NOTICE REGARDING R. 986**

Aaron M. Herzig
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202
Phone: (513) 381-2838
aherzig@taftlaw.com

David C. Roper
Taft Stettinius & Hollister LLP
41 South High Street, Suite 1800
Columbus, OH 43215
Phone: (614) 221-2838
droper@taftlaw.com

*Attorneys for Interested Party-Appellant T. Michael Morgan and Morgan & Morgan*

Appellant notifies the Court that the Transcript of the November 1, 2024 telephonic status conference regarding the Motion to Enjoin the Attorney's Fee Award has been filed on the District Court's docket at R. 986.

The Transcript is free of any previously imposed restrictions and has always been a part of the record in this case. (*See* R. 729; R. 985 (ordering the court reporter to file the transcript on the public docket).) *See also* Reply Br. at 11 n. 1 (explaining that the transcript has always been a part of the record).)

Respectfully submitted,

*/s/ Aaron M. Herzig*
Aaron M. Herzig
Taft Stettinius & Hollister LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
aherzig@taftlaw.com

David C. Roper
Taft Stettinius & Hollister LLP
41 S High Street, Suite 1800
Columbus, OH 43215-4213
Phone: (614) 221-4000
droper@taftlaw.com

*Counsel for Appellant Interested-Party T. Michael Morgan and Morgan & Morgan*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice with the Clerk of the Court using the appellate CM/ECF system, which will serve a copy of the Notice on all ECF-registered counsel.

Dated: July 3, 2025

*/s/ Aaron M. Herzig*