**636 - 6th Floor East Courtroom, 12:00 P.M.**          **Thursday, October 23, 2025**

**Thapar, Readler, Hermandorfer**

**24-4086**  In re: East Palestine Train Derailment

Morgan & Morgan                                                                                      ret   Aaron M. Herzig
                                                                                                                  *3 Minutes Rebuttal*

    **Interested Party - Appellant**

V.

Zoll & Kranz, LLC, et al.                                                                          ret   Paul D. Clement

    **Interested Parties - Appellees**

*Bob Kelley, Courtroom Deputy*

Co-lead counsel plaintiffs' counsel appeals the district court's order denying their motion to reconsider and enjoin distribution of attorneys' fees awarded to plaintiffs pursuant to the parties' settlement agreement in this putative class action arising from a train derailment and subsequent chemical spill. (15 Minutes Per Side)